# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2023

SEAN F. MCAVOY, CLERK

for

Eastern District of Washington

| U.S.A. vs. | Kennedy, Kristi Lynn | Docket No. | 0980 2:22CR00139-TOR-2 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Mark E. Hedge, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kristi Lynn Kennedy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 16th day of December 2022, under the following conditions:

**Standard Condition # 10**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Kristi Lynn Kennedy is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of amphetamine, on April 3, 2023.

On April 3, 2023, Quality Behavioral Health (QBH) collected a urine sample from Ms. Kennedy for the purpose of drug testing. The sample returned positive for amphetamines. Additionally, Ms. Kennedy admitted to the use of methamphetamine to QBH counselors on April 6, 2023.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    04/13/2023

by    s/Mark E. Hedge

Mark E. Hedge
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violations contained in this petition
       with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

4/14/23

Date